■ MICHEL P. D'ORLEANS, Respondent, v INCOMCO et al., Defendants, and J. WESLEY SAVAGE et al., Appellants.—Order, Supreme Court, New York County, entered on March 11, 1980, unanimously modified, in the exercise of discretion, to reduce the bond to $25,000 and otherwise affirmed, without costs and without disbursements. We think the bond fixed was excessive to the extent indicated and, as modified, is adequate to cover likely costs and disbursements. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Bloom, JJ.